# I UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENT BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>BMW FINANCIAL SERVICES NA, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>    Defendants. | Civil Action No. 24-7314 |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc. ("Experian") files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and removes this civil action from the Supreme Court of the State of New York, County of Nassau, where it is now pending as Index No. 609416/2024, to the United States District Court for the Eastern District of New York. In support of this Notice, Experian states the following grounds:

1. An action was filed by Plaintiff Brent Brown ("Plaintiff") in the Supreme Court of the State of New York, County of Nassau, titled *Brent Brown v. BMW Financial Services NA, LLC, Equifax Information Services, LLC, Experian Information Solutions, Inc., Innovis Data Solutions, Inc., and Trans Union, LLC*, Index No. 609416/2024 (the "State Court Action").

2. Experian was served with the Summons and Complaint on or about September 19, 2024.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based, pursuant to 28 U.S.C. § 1446(b).

4. A copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446(a).

5. This Court is the proper district court for removal because the State Court Action is pending within this district.

6. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331 in that this civil action arises under the Constitution or laws of the United States.

7. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8. Certain of the claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9. Pursuant to 28 U.S.C. § 1376(a), this Court has supplemental jurisdiction over Plaintiff's claims for relief arising under the New York Fair Credit Reporting Act, N.Y. GEN. BUS. LAW § 380, *et seq.*, as these claims arise from the same operative facts and form the same case or controversy.

10. Defendants Equifax Information Services, LLC, Trans Union, LLC, and BMW Financial Services NA, LLC consent to removing the above-captioned action to this Court, as indicated in the attached Exhibits B–D.

11. Plaintiff voluntarily dismissed his claims against Defendant Innovis Data Solutions, Inc. on September 24, 2024, as indicated in the attached Exhibit E.

12. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: October 18, 2024

Respectfully submitted,

*/s/ Patrick L. Wright*
Patrick L. Wright
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3610
Email: pwright@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

To    Adam Singer
Law Office of Adam G. Singer, PLLC
One Grand Central Place
60 E. 42nd Street, Suite 4600
New York, NY 10165
(212) 842-2428
asinger@adamsingerlaw.com
*Attorneys for Plaintiff*

3